for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Samuel B. Fortenbaugh, Jr.* and *John R. Young* for petitioner. *Acting Solicitor General Washington, William S. Tyson, Bessie Margolin* and *Morton Liftin* for respondent.

No. 1248. BRADFORD *v.* UNITED STATES. May 19, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 1253. GLOVER *v.* COFFING, TRUSTEE IN BANKRUPTCY, ET AL. May 19, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Owen W. Crumpacker* and *Jay E. Darlington* for petitioner. *Alfred P. Draper* for respondents.

No. 1254. MAYFIELD, ADMINISTRATRIX, *v.* KANSAS CITY LIFE INSURANCE Co. May 19, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Owen W. Crumpacker, George Cohan* and *Jay E. Darlington* for petitioner. *Owen Rall* for respondent.

No. 1318. DAVIS ET AL. *v.* PENN MUTUAL LIFE INSURANCE Co. May 19, 1947. Petition for writ of certiorari to the Supreme Court of Georgia denied. *W. S. Northcutt*

830

for petitioners. *Grover Middlebrooks* for respondent.

No. 1097. HAWKINS ET AL. *v.* UNITED STATES. May 19, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Joseph A. McMenamin* for petitioners. *Acting Solicitor General Washington, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 1186. MEEKS *v.* STEWART, WARDEN. May 19, 1947. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 1189. STARR *v.* STATE BOARD OF LAW EXAMINERS FOR THE STATE OF INDIANA ET AL. May 19, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 1259. SNELL *v.* FLORIDA. May 19, 1947. Petition for writ of certiorari to the Supreme Court of Florida denied.

No. 1312. KERN *v.* RAGEN, WARDEN. May 19, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 1316. JONES *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Criminal Court of Cook County and Circuit Court of Will County, Illinois;